IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. M-22-310-SM |
| SONNY LAUREN HARMON, | ) |
| Defendant. | ) |

## MOTION TO SEAL COMPLAINT AND AFFIDAVIT

Pursuant to Local Criminal Rules 4.1 and 12.2, the United States respectfully moves for an Order sealing the Complaint, Affidavit, and Arrest Warrant, as well as this motion and any sealing order, until Defendant's initial appearance or further order of the Court.

Homeland Security Investigations is still conducting its investigation. Exposure at this time of the evidence, the identities of witnesses, and other matters in the Affidavit will hamper the investigation.

The Court has the authority to seal documents in appropriate circumstances. *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997); *Matter of Search of 1638 E. 2nd Street, Tulsa, Okla.*, 993 F.2d 773, 775 (10th Cir. 1993).

Therefore, the United States moves for an order sealing the Complaint, Affidavit, and Arrest Warrant, as well as this motion and any sealing order.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


s/ THOMAS B. SNYDER
THOMAS B. SNYDER (OK 31428)
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Thomas.Snyder@usdoj.gov